J. W. Brady and Kate M. Brady, his wife, Appellants, vs. The Florida Mortgage and Investment Company, Limited, Appellee.

Appeal from Circuit Court Polk county.

*J. W. Brady*, for Appellants.

*N. B. K. Pettingill*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for appellee.